UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 13 CR 585 |
|---|---|
| v. | |
| MATTHEW NORWOOD | Judge Charles P. Kocoras |

**ORDER MODIFYING SURRENDER DATE AND CONDITIONS OF BOND**

On the agreed oral motion of the parties, the undersigned ORDERS as follows:

1. The defendant's surrender date is modified so that the defendant shall surrender to FPC Duluth, Minnesota, by August 14, 2014, at 2:00 p.m.

2. The conditions of Defendant's release are modified so that he may reside with his family in Wisconsin until his surrender. Defendant is to provide that address to his Pretrial Services Officer.

Dated: July 24, 2014

SARA L. ELLIS
District Court Judge