Case: 3:13-cr-00585 Document #: 55 Filed: 06-10-2014 Page 2 of 7
Case: 1:13-cr-00585 Document #: 58 Filed: 08/18/14 Page 1 of 1 PageID #:210

AO 245B (Rev. 09/11) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

DEFENDANT: MATTHEW NORWOOD
CASE NUMBER: 13 CR 585

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

THIRTY (30) MONTHS ON COUNT ONE (1)

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court strongly recommends that the Defendant Matthew Norwood be designated to the Federal Prison Camp at Yankton, SD to be allowed to attend the Residential Drug Abuse Program (RDAP).

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____
  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☑ before 2 p.m. on  7/24/2014
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

**FILED**

AUG 18 2014 YM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## RETURN

I have executed this judgment as follows:

Defendant Surr. delivered on  08-14-14  to  Federal Prison Camp  a  Duluth, MN , with a certified copy of this judgment.

_____ Mickrone, Warden
UNITED STATES MARSHAL

By _____ C. Mick, CSO
DEPUTY UNITED STATES MARSHAL